UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kay Walberg, as Trustee for
the heirs of Mark Walberg,

Civ. File No. 01-62 (PAM/JGL)

Plaintiff,

v.

**ORDER**

United States Department of
Veterans Affairs, d/b/a Veterans
Affairs Medical Center, d/b/a
Veterans Administration,

Defendant.

---

This matter is before the Court on Plaintiff's Motion to Vacate the Order of Dismissal for failure to prosecute entered on June 14, 2001. According to Plaintiff, the closing of her attorney's law firm and the consequent substitution of counsel made compliance with the 120-day service requirement impossible. Plaintiff has now effected service of the Summons and Complaint, and asks this Court to vacate the dismissal, extend the time for service, and allow her to prosecute her claims.

The Order dismissing the case specified that Plaintiff had ten days from the date of the Order to move to vacate the Order. Plaintiff's current Motion was filed within that ten-day period. She has shown good cause for her failure to timely serve the Summons and

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Complaint in this matter. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Vacate the Dismissal and for an Extension of Time (Clerk Doc. No. 4) is **GRANTED**;

2. This Court's Order of June 14, 2001 (Clerk Doc. No. 2) is **VACATED**; and

3. The service of the Summons and Complaint on June 8, 2001, shall be deemed to constitute proper and timely service.

Dated: June 28, 2001

Paul A. Magnuson
United States District Court Judge