UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-62 PAM/JGL

KAY WALBERG as Trustee for the heirs of Mark Walberg,

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant.

**STIPULATION AND ORDER**

Pursuant to the agreement of the parties it is hereby agreed that defendant shall have an additional month, until May 1, 2002, to disclose all expert witnesses, including reports.

Julia K. Rhodes
Attorney at Law
Attorney ID Number 307713

Mary Jo Madigan
Assistant U.S. Attorney
Attorney ID Number 66266

ORDER

Based on the agreement of the parties, it is hereby **ORDERED** that defendant shall have until May 1, 2002 to disclose expert witnesses, including reports.

3-19-02

Jonathan G. Lebedoff
U.S. Magistrate Judge

FILED MAR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK