UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF CIVIL CASES FOR TRIAL**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom #1, Seventh Floor, 316 North Robert St., St. Paul, Minnesota. These cases are scheduled for trial on and after **Tuesday, October 1, 2002 @ 9:00 A.M.** The cases are listed in the order in which they are expected to be tried. Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials. **DO NOT REPORT UNTIL NOTIFIED BY THE CALENDAR CLERK.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs. For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar. Your case will be tried as soon as possible and should be kept on a "**ready**" basis.

Counsel are directed to Local Rules for the District of Minnesota, specifically, Rule 39 regarding Trial Practice. Please submit pretrial materials pursuant to Trial Preparation Order. If Trial Preparation Order is not filed in your case, submit an **original and two copies** of pretrial materials referred to in Rule 39 to the Clerk of Court, Room 700, 316 North Robert St., St. Paul, Minnesota, 55101, by the close of business, Tuesday, September 17, 2002. Counsel **MUST PRE MARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39. Blank exhibit lists are attached for your convenience and must be used when compiling your exhibit lists. (If trial materials already submitted, disregard)

Questions regarding the calendar may be directed to Suzanne M. Ruiz, Calendar Clerk to Judge Magnuson, 708 Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: August 9, 2002

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

FILED AUG 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

# CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

---

1. **Microtouch Systems, Inc.** — **JURY TRIAL**

**v.** **Civil 00-1241 PAM/RLE** — **RE: Product Liability**

**Bishop Fixture & Millwork Co., et al.**

| | |
|---|---|
| **FOR PLAINTIFF:** Kristin Westgard | 340-2600 (612) |
| **FOR DEFENDANT:** Gay Urness | 603-1510 (651) |
| Joseph Sokolowski | 333-2111 (612) |
| David Orenstein | |
| Kevin Bedolla | 293-9100 (408) |

---

2. **Kay Wallberg, as Trustee for the heirs of Mark Wallberg,** — **JURY TRIAL**

**v.** **Civil 01-62 PAM/RLE** — **RE: Federal Tort Claim**

**Dept. of Veterans Affairs,** — **ELOT: 2 or 3 Days**

| | |
|---|---|
| **FOR PLAINTIFF:** Julia Rhodes | 935-9545 (952) |
| **FOR DEFENDANT:** Mary Jo Madigan | 664-5600 (612) |

---

3. **US Xpress, Inc.** — **JURY TRIAL**

**v.** **Civil 01-195 PAM/RLE** — **RE: Declaratory Judg.**

**Great Northern Insurance Co.** — **ELOT:**

| | |
|---|---|
| **FOR PLAINTIFF:** Andrew Clark | 789-9000 (612) |
| Michael Glover | |
| **FOR DEFENDANT:** Brent Primus | 333-0909 (612) |
| David Maloof | 921-1200 (914) |
| Barbara Sheridan | |
| George Soule | 339-8682 (612) |

# CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

---

| | | | |
|---|---|---|---|
| 4. | Agnes Edison, | | <u>JURY TRIAL</u> |
| | v. | Civil 01-759 PAM/RLE | RE: Personal Injury |
| | Wal-Mart Stores Inc.<br>Coca-Cola Midwwest Bottling, | | ELOT: 3 or 4 Days |
| | FOR PLAINTIFF: William Bongard | | 333-4500 (612) |
| | FOR DEFENDANT: Andrew Shern<br>Brian Wood | | 227-9411 (651)<br>333-3637 (612) |
| 5. | Lynn Burchett, | | <u>JURY TRIAL</u> |
| | v. | Civil 01-1029 PAM/RLE | RE: ADA |
| | Target Corporation, | | ELOT: 2 or 3 Days |
| | FOR PLAINTIFF: William Mavity<br>Stephanie Howard Clark | | 885-5600 (952) |
| | FOR DEFENDANT: Donald Lewis<br>Joseph Schmitt | | 338-1838 (612) |

LR39.1 Preparation for Trial in Civil Cases

(a) Setting the Trial Date

Each judge shall notify counsel in cases set on the judge's calendar at least 21 days in advance of the date the first case on the civil calendar is to be called. Cases on such calendar may be called on a peremptory basis. For information on calendar matters, counsel shall contact the calendar clerk of the judge who is to try the case.

(b) Documents to be submitted for Trial

Unless otherwise ordered, counsel shall deliver one copy of the following documents to opposing counsel and the original and two copies to the office of the Clerk of Court at least 10 days before the first case on the civil calendar is to be called for trial:

(1) Documents Required for All Trials

(A) Statement of the Case

(B) Exhibit List

A list of exhibits shall be prepared on a form to be obtained from the Clerk of Court. All exhibits shall be marked for identification with arabic numbers and shall include the case number.

Example: Pltf. of Deft. #1
Civ. 97-000 PAM/JGL

(Multiple parties list name, e.g. Pltf. Smith #1)

These exhibits shall be made available for examination and copying at least 14 days prior to the date the first case on the civil calendar may be called for trial.

(C) Witness List

The list shall include a short statement of the substance of the expected testimony of each witness.

(D) List of Deposition Testimony

The list shall designate those specific parts of deposition to be offered at trial. Any party who wishes to object to deposition testimony shall submit a list of objections at lease 5 days before the first case on the civil calendar is to be called for trial.

(2) Additional Documents for Jury Trials

In all jury trials, counsel shall submit the following documents in addition to the documents listed in LR 39.1(b)(1):

(A) Proposed Voir Dire Questions

(B) Proposed Jury Instructions

Each proposed instruction shall be numbered and on a separate page and shall contain citation to legal authority.

(C) Proposed Special Verdict Forms

(3) Additional Documents for Non-Jury Trials

In all non-jury trials, counsel shall submit proposed findings of fact and conclusions of law in addition to the documents listed in LR 39.1(b)(1).

(c) Failure to Comply

See LR1.3 for sanctions for failure to comply with this rule.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

V.

## EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (REV. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

| vs. | CASE NO. |
|---|---|
| | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |