# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kay Walberg, as Trustee for the heirs of Mark Wlberg

v.

Department of Veterans Affairs

Case No. Civil 01-62 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Defendant's motion to dismiss is GRANTED.

DATE: September 12, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk